# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEMOND MIMMS,<br><br>              Petitioner,<br><br>   vs.<br><br>GEORGE GALAZA, Warden,<br><br>              Respondent. | Case No. CV F-00-5836 JKS<br><br><br>**JUDGMENT**<br>**IN A § 2254 CASE** |

     \_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      X    **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Mimms's application for post-conviction relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:

/s/ James K. Singleton

**JAMES K. SINGLETON, JR.**
United States District Judge

August 17, 2005

Date

JACK  L. WAGNER

Clerk

/s/ J. HELLINGS

(By) Deputy Clerk